**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **RICO BROWN,** | **CIVIL ACTION NO. 5:25-360-KKC** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **THE OKONITE COMPANY, INC.** | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on Plaintiff Rico Brown's Motion to Strike the Defendant's Affirmative Defenses. (R. 13). The Magistrate Judge issued a Report and Recommendation that Brown's Motion be denied. (R. 19.) Brown's deadline to file an objection to the Report and Recommendation has passed. (*See id.*) He did not file any objections. The Court, having reviewed the recommendation, agrees with its analysis and conclusions.

Accordingly, the Court hereby ORDERS that the Report and Recommendation (R. 19) is ADOPTED as the Court's opinion. Brown's Motion to Strike the Defendant's Affirmative Defenses (R. 13) is DENIED.

This 17th day of March, 2026.

Signed By:

*Karen K. Caldwell*

**United States District Judge**